UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA WALKER | ) | |
| | ) | Case No. 25-cv-11101 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| POLICE OFFICER MARCUS WILLIAMS; | ) | |
| POLICE OFFFICER DEMOND UPCHURCH JR. and, | ) | |
| VILLAGE OF MATTESON, | ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

COMPLAINT AT LAW

NOW COMES Plaintiff, Jessica Walker, by and through her attorney, David S. Lipschultz, and in support of her Complaint at Law against the Defendants, Police Officer Marcus Williams (No. 209), Police Officer Demond Upchurch Jr. (No. 228), and Village of Matteson, states as follows:

JURISDICTION AND VENUE

1. This action is brought pursuant to the United States Constitution, 42 U.S.C. §1983 and §1988 (the Civil Rights Act of 1871), and the laws of the State of Illinois to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants and committed under color of law.

2. This Court has jurisdiction under and by virtue of 28 U.S.C. §1343, §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

## PARTIES

4. Plaintiff, Jessica Walker ("Walker"), is a resident of the Village of Hazel Crest, County of Cook, State of Illinois.

5. At all relevant times herein referenced, Defendant Police Officer Marcus Williams, No. 209 ("Officer Williams"), was employed by the Village of Matteson as a sworn police officer. He is sued in his individual capacity. At the time of the incident at issue in this Complaint, Officer Williams was engaged in the conduct complained of while acting within the scope of his employment and under color of law.

6. At all relevant times herein referenced, Defendant Police Officer Demond Upchurch Jr., No. 228 ("Officer Upchurch"), was employed by the Village of Matteson as a sworn police officer. He is sued in his individual capacity. At the time of the incident at issue in this Complaint, Officer Upchurch was engaged in the conduct complained of while acting within the scope of his employment and under color of law.

7. At all relevant times herein referenced, Defendant, Village of Matteson, is a governmental entity formed pursuant to the laws of the State of Illinois. Officers Williams and Upchurch ("Defendant Officers") were employed by the Village of Matteson as sworn police officers, and at the time of the incident at issue the Defendant Officers were acting within the scope of their employment for the Village of Matteson and under color of law.

## ALLEGATIONS

8. In the early hours of January 1, 2025, New Year's Eve, Jessica Walker was located at 842 N Princeton Ave in Matteson, IL.

9. Defendant Officers arrived at the location.

10. Plaintiff had committed no crimes and no bad acts.

11. Nonetheless, Defendant Officers arrested Plaintiff without probable cause. Defendants Officers charged Plaintiff with possession of a firearm while under the influence.

12. Plaintiff's possession of the firearm was lawful and she was not under the influence.

13. Defendant Officers drafted arrest and incident reports. In their reports, Defendants Officers fabricated statements. Defendants also attributed statements to Plaintiff even though she never made them.

14. On April 23, 2025, the Cook County State's Attorney dismissed the criminal case and charges against Plaintiff pursuant to *nolle prosequi*.

15. As a result of the Defendants Officers' conduct Walker suffered constitutional violations, emotional injuries, loss of liberty, economic losses, attorney's fees and other losses and expenses.

## COUNT I
## 42 U.S.C. §1983 FOURTH AMENDMENT CLAIM
## AGAINST OFFICER WILLIAMS & OFFICER UPCHURCH

16. Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 15.

17. Officers Williams and Officer Upchurch, knowing that probable cause did not exist, acted individually, jointly and/or in a conspiracy to cause the Plantiff to be arrested, detained, charged and prosecuted, and, knowing the arrest and prosecution lacked probable cause, failed to intervene to prevent Plaintiff's arrest and prosecution.

18. In so doing, Officer Williams and Officer Upchurch violated the Plaintiff's rights to be free from unreasonable seizure guaranteed to them by the Fourth Amendment of the United States Constitution.

WHEREFORE, Plaintiff Jessica Walker prays for judgment against Police Officer Marcus Williams (No. 209) and Police Officer Demond Upchurch Jr. (No. 228) for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

## COUNT II
## 42 U.S.C. §1983 FALSE ARREST
## AGAINST OFFICER WILLIAMS & OFFICER UPCHURCH

19. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 15.

20. Defendant Officers did not have probable cause or any other legal basis to arrest the Plaintiff.

21. The actions of the Defendant Officers violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, Jessica Walker, prays for judgment against Police Officer Marcus Williams (No. 209 and Police Officer Demond Upchurch Jr. (No. 228) for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

## COUNT III
## ILLINOIS LAW CLAIM - INDEMNIFICATION
## AGAINST VILLAGE OF MATTESON

22. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 21.

23. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

24. At all times relevant to this incident, Defendant Officers were employees of the Village of Matteson, and they acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, the Plaintiff, Jessica Walker, prays that should this Court enter judgment in their favor and against Police Officer Marcus Williams (No. 209) and/or Police Officer Demond Upchurch Jr. (No. 228), the Village of Matteson will be ordered to pay the Plaintiff any judgment for compensatory damages obtained against those Defendants.

## JURY DEMAND

Plaintiff prays for trial by jury.

Respectfully submitted,

JESSICA WALKER

/s/ David S. Lipschultz
David S. Lipschultz

David S. Lipschultz
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Fax: 312-414-1887
Email: david@dsllawoffice.com